## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dariusz Bogdan Kozdra<br>    aka Dariusz B. Kozdra,<br>    aka Dariusz Kozdra<br>    &<br>Edyta Anna Kozdra<br>    aka Edyta A. Kozdra,<br>    aka Edyta Kozdra,<br>    aka Edyta Bogucka<br><br>                **Debtor(s)** | **BK NO. 17-03817 JJT**<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/ James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                412-430-3594