Certificate Number: 12433-PAM-DE-030061040

Bankruptcy Case Number: 17-03817



12433-PAM-DE-030061040

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on October 22, 2017, at 10:21 o'clock PM EDT, Dariusz B. Kozdra completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   October 22, 2017         By:   /s/Lance Brechbill

                                 Name: Lance Brechbill

                                 Title: Teacher